UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE F. HERRERA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN J. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV 12-8160 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated March 28, 2014.

DATED: March 28, 2014

                                         /S/ FREDERICK F. MUMM<br>
                                          FREDERICK F. MUMM<br>
                                       United States Magistrate Judge